UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHAEL WEBSTER, LAUREN PORSCH, HOLLY LEDERER, SARA GATES, DONNA NEWMAN, CHRISTINE PROKOP, LORRAINE SNODGRASS, ALISON WHITEHEAD, MELISSA HILL, MAUREEN MCGUINNESS, and AMANDA CLOSE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> LLR, INC., d/b/a LuLaRoe <br><br> Defendant. | Case No. 17-cv-225-DSC |

**ORDER OF COURT**

AND NOW, this 8th day of December, 2017, upon consideration of Plaintiffs' Motion for Leave to File Exhibits E, F, I, N, and R to Plaintiffs' Motion for Class Certification Under Seal, the Motion is hereby GRANTED.

Plaintiffs may file Exhibits E, F, I, N, and R to Plaintiffs' Motion for Class Certification under seal, in compliance with local procedures.

BY THE COURT:

_____
David Stewart Cercone
United States District Court Judge