IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RACHAEL WEBSTER**, **LAUREN PORSCH**, **HOLLY LEDERER**, **SARA GATES**, **DONNA NEWMAN**, **CHRISTINE PROKOP**, **LORRAINE SNODGRASS**, **ALISON WHITEHEAD**, **MELISSA HILL**, **MAUREEN MCGUINNESS** and **AMANDA CLOSE**, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**LLR, INC.**, d/b/a LuLaRoe,<br><br>　　　　Defendant. | 2:17cv225<br>**Electronic Filing** |

## ORDER OF COURT

AND NOW, this 19th day of September, 2018, the Plaintiffs having failed to show cause why this case should not be dismissed for lack of jurisdiction as ordered by this Court on August 20, 2018,

IT IS HEREBY ORDERED that this action is dismissed for lack of jurisdiction. The Clerk shall mark this case closed.

　　　　　　　　　　　　　　　　　　s/ DAVID STEWART CERCONE
　　　　　　　　　　　　　　　　　　David Stewart Cercone
　　　　　　　　　　　　　　　　　　United States District Judge

cc:　Kelly K. Iverson, Esquire
　　　R. Bruce Carlson, Esquire
　　　Gary F. Lynch, Esquire
　　　Timothy P. Ryan, Esquire
　　　Tiffanny Brosnan, Esquire
　　　Steven T. Graham, Esquire
　　　Randolph T. Moore, Esquire
　　　Matthew J. Whipple, Esquire

(*Via CM/ECF Electronic Mail*)