IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RACHAEL WEBSTER**, **LAUREN PORSCH**, **HOLLY LEDERER**, **SARA GATES**, **DONNA NEWMAN**, **CHRISTINE PROKOP**, **LORRAINE SNODGRASS**, **ALISON WHITEHEAD**, **MELISSA HILL**, **MAUREEN MCGUINNESS** and **AMANDA CLOSE**, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>**LLR, INC.**, d/b/a LuLaRoe,<br><br>          Defendant. | 2:17cv225<br>**Electronic Filing** |

## ORDER OF COURT

AND NOW, this 12th day of June, 2019, the Defendant having filed a Bill of Costs pursuant to 28 U.S.C. § 1920 and Rule 54(d)(1) of the Federal Rules of Civil Procedure with the Clerk of this Court, the Court, however, finds that the controlling statute is 28 U.S.C. § 1919, under which the Clerk has no authority, therefore, upon consideration of the Defendant's Bill of Costs and the Objections filed thereto, the Court finding the award of such costs against the Plaintiffs in this action to be unfair and unreasonable,

IT IS HEREBY ORDERED that the Defendant's Bill of Costs is **DENIED**.

s/ DAVID STEWART CERCONE
David Stewart Cercone
United States District Judge

cc:   Kelly K. Iverson, Esquire
      R. Bruce Carlson, Esquire
      Gary F. Lynch, Esquire
      Timothy P. Ryan, Esquire
      Tiffanny Brosnan, Esquire

Steven T. Graham, Esquire
Randolph T. Moore, Esquire
Matthew J. Whipple, Esquire

(*Via CM/ECF Electronic Mail*)